UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                              Case No. 05-cr-49-01-SM

Lena Bagaya


O R D E R


        Defendant's assented-to motion to continue the trial (document no. 10) is granted.

Trial has been rescheduled for the January 2006 trial period.  Defendant shall file a Waiver

of Speedy Trial Rights not later than September 29, 2005.  On the filing of such waiver, his

continuance shall be effective.

        The court finds that the ends of justice served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the

defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

      Final Pretrial Conference:  December 19, 2005 at 4:15 PM

      Jury Selection:           January 4, 2006 at 9:30 AM

      SO ORDERED.


September 22, 2005

                                 Steven J. McAuliffe
                                 Chief  Judge


cc:  Alfred Rubega, Esq.
     Jonathan Saxe, Esq.
     U. S. Probation
     U. S. Marshal