UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                             Case No. 05-cr-49-01-SM

Lena Bagaya

O R D E R

Defendant's assented-to motion to continue the trial (document no. 16) is granted in part, denied in part. Trial is continued for 30 days to the June 2006 trial period. If, as is represented, a diversionary disposition has been agreed upon, 30 days is more than enough time to file a motion to dismiss. This is the fourth continuance request. Defendant shall file a Waiver of Speedy Trial Rights not later than April 25, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   June 13, 2006 at 3:30 PM

    Jury Selection:   June 20, 2006 at 9:30 AM

    SO ORDERED.

April 19, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:  Alfred Rubega, Esq.
     Jonathan Saxe, Esq.
     U. S. Probation
     U. S. Marshal